# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br>       Debtor | CHAPTER 13 |
| | Bankruptcy No. 17-10660-ELF |
| MATTIE MAE FAULKNER,<br>       Plaintiff | |
| v. | Adversary No. 17-00276-elf |
| M &T BANK,<br>       Defendant | |

## STIPULATION TO EXTEND TIME FOR FILING RESPONSE

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On September 12, 2017, Debtor/Plaintiff, Mattie Mae Faulkner, filed an adversary action against Defendant, M & T Bank.

2. An Answer to the Adversary Complaint is due by October 13, 2017.

3. The parties agree to an extension of time for Defendant, M & T Bank, to file an Answer or other responsive pleading to the Plaintiff's Complaint in accordance with FRBP 7012 and Fed.R.Civ.P. 12(b), on or before November 13, 2017.

4. Any delays resulting from this extension of time shall not be held against Debtor or be used in any manner to prejudice the Debtor in the prosecution of her underlying bankruptcy case.


Date:  October 11, 2017    By: *Thomas I. Puleo, Esquire*
                  Thomas I. Puleo, Esquire
                  Attorney for Defendant, M & T Bank

Date:  October 11, 2017      /s/ Irwin Trauss
                  Irwin Trauss, Esquire
                  Attorney for Plaintiff/Debtor, Mattie Mae Faulkner


Approved by the Court this _____ day of _____, 2017.


                  _____
                  Eric L. Frank
                  United States Bankruptcy Judge