**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br>　　　　　　　　　　Debtor<br><br>MATTIE MAE FAULKNER,<br>　　　　　　　　　　Plaintiff<br>　　　v.<br><br>M &T BANK,<br>　　　　　　　　　　Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br><br>Adversary No. 17-00276-elf |

**STIPULATION TO EXTEND TIME FOR FILING RESPONSE**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  On September 12, 2017, Debtor/Plaintiff, Mattie Mae Faulkner, filed an adversary action against Defendant, M & T Bank.

2.  An Answer to the Adversary Complaint is due by October 13, 2017.

3.  The parties agree to an extension of time for Defendant, M & T Bank, to file an Answer or other responsive pleading to the Plaintiff's Complaint in accordance with FRBP 7012 and Fed.R.Civ.P. 12(b), on or before November 13, 2017.

4.  ~~Any delays resulting from  this extension of time shall not be held against Debtor or be used in any manner to prejudice the Debtor in the prosecution of her underlying bankruptcy case.~~

Date:   October 11, 2017　　　　　　　By:  *Thomas I. Puleo, Esquire*_____
　　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Defendant, M & T Bank

Date:   October 11, 2017　　　　　　　/s/ Irwin Trauss_____
　　　　　　　　　　　　　　　　　　　Irwin Trauss, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff/Debtor, Mattie Mae Faulkner

**O R D E R**

The foregoing Stipulation is APPROVED, as MODIFIED above.

Date:  10/13/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**