```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
Faulkner,
         Plaintiff                                          Adv. Proc. No. 17-00276-elf
M&T BANK,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore              Page 1 of 1                  Date Rcvd: Oct 13, 2017
                              Form ID: pdf900              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
ust           +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                228 Walnut Street, 11th Floor,     Harrisburg, PA 17101-1714
pla           +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 14 2017 01:17:24      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2017 01:16:40
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2017 01:17:02      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 14 2017 01:16:49      Frederic J. Baker,
                Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                Philadelphia, PA 19107-4405
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 14 2017 01:16:48       SHAKIMA L. DORTCH,
                U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                Wilmington, DE 19801-3519
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 14 2017 01:16:49       United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 14 2017 01:16:49      United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
dft            E-mail/Text: camanagement@mtb.com Oct 14 2017 01:16:16      M&T BANK,    P.O. Box 840,
                Buffalo, NY 14240-0840
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
               irwin@trauss.com
              THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br>             Debtor<br><br>MATTIE MAE FAULKNER,<br>             Plaintiff<br>      v.<br><br>M &T BANK,<br>             Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br><br>Adversary No. 17-00276-elf |

**STIPULATION TO EXTEND TIME FOR FILING RESPONSE**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On September 12, 2017, Debtor/Plaintiff, Mattie Mae Faulkner, filed an adversary action against Defendant, M & T Bank.

2. An Answer to the Adversary Complaint is due by October 13, 2017.

3. The parties agree to an extension of time for Defendant, M & T Bank, to file an Answer or other responsive pleading to the Plaintiff's Complaint in accordance with FRBP 7012 and Fed.R.Civ.P. 12(b), on or before November 13, 2017.

4. ~~Any delays resulting from this extension of time shall not be held against Debtor or be used in any manner to prejudice the Debtor in the prosecution of her underlying bankruptcy case.~~

Date:   October 11, 2017          By: *Thomas I. Puleo, Esquire*
                                       Thomas I. Puleo, Esquire
                                       Attorney for Defendant, M & T Bank

Date:   October 11, 2017          /s/ Irwin Trauss
                                       Irwin Trauss, Esquire
                                       Attorney for Plaintiff/Debtor, Mattie Mae Faulkner

# O R D E R

The foregoing Stipulation is APPROVED, as MODIFIED above.

Date:  10/13/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**