UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Mattie Mae Faulkner
Bankruptcy No.  17-10660
Adversary No.   17-276
Chapter        13

Date:   November 14, 2017

To:     Thomas I. Puleo
        KML Law Group, P.C.
        701 Market Street  Suite 5000
        Philadelphia, Pa   19106

## NOTICE OF INACCURATE FILING

Re:  Motion to Dismiss Adversary Proceeding

The above pleading was filed in this office on **November 14, 2017.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- ( )    Notice of Motion/Objection
- **(xx)**    Electronic Signature missing
- (xx)    Proposed Order

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Jeanette Gilmore**
Deputy Clerk