United States Bankruptcy Court
Eastern District of Pennsylvania

Faulkner,
    Plaintiff

Adv. Proc. No. 17-00276-elf

M&T BANK,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: JEGilmore   Page 1 of 1   Date Rcvd: Dec 07, 2017
                  Form ID: pdf900   Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.
```
ust          +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
               228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla          +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:22:58      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 01:22:32      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2017 01:22:55      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 08 2017 01:22:47      Frederic J. Baker,
               Office of United States Trustee,    833 Chestnut Street,    Suite 500,
               Philadelphia, PA 19107-4405
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 08 2017 01:22:46      SHAKIMA L. DORTCH,
               U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
               Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 08 2017 01:22:47      United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 08 2017 01:22:47      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
dft           E-mail/Text: camanagement@mtb.com Dec 08 2017 01:22:27      M&T BANK,    P.O. Box 840,
               Buffalo, NY  14240-0840
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
               irwin@trauss.com
              THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 3
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br><br>                              Debtor<br><br>MATTIE MAE FAULKNER,<br>                              Plaintiff<br>     v.<br><br>M &T BANK,<br>                              Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br>Adversary No. 17-00276-elf |

**STIPULATION TO EXTEND TIME FOR FILING RESPONSE TO DEFENDANTS**
**MOTION TO DISMISS AND TO RESCHEDULE HEARING**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  On NOVEMBER 14, 2017 Defendant M&T Bank filed an amended motion to dismiss the above captioned adversary action filed by Debtor against it.

2.  The notice of motion did not contain any proposed hearing date for consideration of the motion.

3.  Debtor's counsel has been in San Francisco since November 21, 2017 in anticipation of and for the birth of his first grandchild, who was born December 3. 2017.

4.  Debtor's counsel anticipates returning to his office on or about December 14, 2017;

5. The parties have agreed to extend the time for Debtor to respond to Defendant's Motion to Dismiss to January 2, 2018.

6.  The parties further agree that any hearing on the motion to dismiss not be scheduled for before January 15, 2018.

Date:   December 6, 2017					By:  /s/*Thomas I. Puleo, Esquire*_____
								Thomas I. Puleo, Esquire
								Attorney for Defendant, M & T Bank


Date: December 6, 2017					  /s/ Irwin Trauss_____
								Irwin Trauss, Esquire
								Attorney for Plaintiff/Debtor, Mattie Mae Faulkner

## O R D E R

Approved by the Court this ___7th____ day of _____December_____, 2017.

No further extensions shall be granted.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**