## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **MATTIE MAE FAULKNER,** | : | |
| Debtor | : | Bky. No. 17-10660 ELF |
| | : | |
| **MATTIE MAE FAULKNER,** | : | |
| Plaintiff | : | |
| v. | : | |
| **M&T BANK,** | : | |
| Defendant | : | Adv. No.  17-0276 |

# O R D E R

**AND NOW,** pursuant to the parties' Stipulation approved on **December 7, 2017** (Doc. # 12), the Plaintiff having filed an Amended Complaint on **January 2, 2018**, it is hereby

**ORDERED** that the Defendant shall file its response to the Complaint **on or before January 23, 2018**.  No extensions will be granted absent extraordinary circumstances.

Date: January 3, 2018

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**