United States Bankruptcy Court
Eastern District of Pennsylvania

Faulkner,
          Plaintiff                                          Adv. Proc. No. 17-00276-elf

M&T BANK,
          Defendant

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: JEGilmore | Page 1 of 1 | Date Rcvd: Jan 03, 2018 |
| | Form ID: pdf900 | Total Noticed: 10 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
```
ust          +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
              228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1714
pla          +Mattie Mae Faulkner,   5432 N. Fairhill Street,   Philadelphia, PA 19120-2711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jan 04 2018 01:50:13   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2018 01:49:53
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2018 01:50:04    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 04 2018 01:49:59    Frederic J. Baker,
              Office of United States Trustee,   833 Chestnut Street,   Suite 500,
              Philadelphia, PA 19107-4405
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jan 04 2018 01:49:58    SHAKIMA L. DORTCH,
              U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
              Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 04 2018 01:49:59    United States Trustee,
              228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph@usdoj.gov Jan 04 2018 01:49:59    United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
dft           E-mail/Text: camanagement@mtb.com Jan 04 2018 01:49:45    M&T BANK,   P.O. Box 840,
              Buffalo, NY  14240-0840
                                                                          TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 05, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
```
             DENISE ELIZABETH CARLON   on behalf of Defendant   M&T BANK bkgroup@kmllawgroup.com
             IRWIN LEE TRAUSS   on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
             irwin@trauss.com
             THOMAS I. PULEO   on behalf of Defendant   M&T BANK tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
                                                                          TOTAL: 3
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **MATTIE MAE FAULKNER,** | : | |
| Debtor | : | **Bky. No. 17-10660 ELF** |
| _____ | : | |
| | : | |
| **MATTIE MAE FAULKNER,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **M&T BANK,** | : | |
| | : | |
| **Defendant** | : | **Adv. No.    17-0276** |
| | : | |

# O R D E R

**AND NOW,** pursuant to the parties' Stipulation approved on **December 7, 2017** (Doc. #

12), the Plaintiff having filed an Amended Complaint on **January 2, 2018**, it is hereby

**ORDERED** that the Defendant shall file its response to the Complaint **on or before January**

**23, 2018**.  No extensions will be granted absent extraordinary circumstances.


**Date: January 3, 2018**        _____

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**