# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mattie Mae Faulkner,<br>　　　aka Mattie Mae Washington,<br>　　　aka Mattie M Faulkner,<br>　　　aka Mattie Faulkner<br>　　　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 17-10660 ELF<br><br>Adv. # 17-00276 elf |
| Mattie Mae Faulkner<br>　　　　　　　Plaintiff<br>　　v.<br>M&T Bank<br>　　　　　　　Defendant | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734