# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: MATTIE MAE FAULKNER** | : | Chapter 13 |
| Debtor. | : | Bky. No. 17-10660 ELF |
| **MATTIE MAE FAULKNER,** | : | |
| Plaintiff, | : | |
| v. | : | |
| M&T Bank, | : | Adv. No. 17-276 |
| Defendant. | : | |

# O R D E R

**AND NOW**, upon consideration of the Defendants Motion to Dismiss the Amended Complaint ("the Motion"), and for the reasons stated in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**.

2. The Motion is **GRANTED** as to **Count II** and **Count III**.

3. **Count II** and **Count III** are **DISMISSED**.

4. The Motion is **GRANTED IN PART AND DENIED IN PART** as to **Count VI**, as

   follows:

   a. The Motion is **GRANTED** and **Count VI** is **DISMISSED** without leave to amend insofar as it includes a request the entry of an affirmative judgment for damages.

   b. The Motion is **DENIED** insofar as **Count VI** seeks a partial disallowance of M&T's proof of claim.

5. The Motion is **DENIED** as to **Count I**, **Count IV**, **Count V**, **Count VII** and **Count VIII**.

6. Defendant shall file an Answer to the Amended Complaint **on or before October 24, 2018**.

7. A pretrial conference is **SCHEDULED** on **October 31, 2018, at 10:00 a.m.,** in **Bankruptcy Courtroom No. 1, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** to discuss further pretrial management of this adversary proceeding.

**Date: October 3, 2018**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**