## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mattie Mae Faulkner aka Mattie Mae Washington, aka Mattie M Faulkner, aka Mattie Faulkner<br><br>           Debtor | CHAPTER 13  NO. 17-10660 ELF<br><br>ADVERSARY NO.   17-00276 ELF |
| Mattie Mae Faulkner<br>           Plaintiff<br>     vs.<br>M & T Bank           Defendant | |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension of time to file an answer to the amended complaint, it is hereby;

**ORDERED** that the deadline to file the Answer be extended to **November 9, 2018**.

Dated:   10/25/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**