United States Bankruptcy Court
Eastern District of Pennsylvania

Faulkner,
          Plaintiff                                    Adv. Proc. No. 17-00276-elf

M&T BANK,
          Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1          Date Rcvd: Oct 26, 2018
                           Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
ust           +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
               228 Walnut Street, 11th Floor,  Harrisburg, PA 17101-1714
pla           +Mattie Mae Faulkner,   5432 N. Fairhill Street,   Philadelphia, PA 19120-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 27 2018 02:58:43     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 27 2018 02:57:29
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 27 2018 02:58:12     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 27 2018 02:57:47     Frederic J. Baker,
               Office of United States Trustee,   833 Chestnut Street,   Suite 500,
               Philadelphia, PA 19107-4405
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Oct 27 2018 02:57:47      SHAKIMA L. DORTCH,
               U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
               Wilmington, DE 19801-3519
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 27 2018 02:57:47     United States Trustee,
               228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 27 2018 02:57:47     United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
dft            E-mail/Text: camanagement@mtb.com Oct 27 2018 02:56:54     M&T BANK,   P.O. Box 840,
               Buffalo, NY  14240-0840
                                                                                   TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON   on behalf of Defendant   M&T BANK bkgroup@kmllawgroup.com
              IRWIN LEE TRAUSS   on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
              irwin@trauss.com
              KEVIN G. MCDONALD   on behalf of Defendant   M&T BANK bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO   on behalf of Defendant   M&T BANK tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com

                                                                                   TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mattie Mae Faulkner aka Mattie Mae Washington, aka Mattie M Faulkner, aka Mattie Faulkner <br><br> Debtor | CHAPTER 13  NO. 17-10660 ELF <br><br> ADVERSARY NO.   17-00276 ELF |
| Mattie Mae Faulkner <br> Plaintiff <br> vs. <br> M & T Bank        Defendant | |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension of time to file

an answer to the amended complaint, it is hereby;

**ORDERED** that the deadline to file the Answer be extended to **November 9, 2018**.

Dated:   10/25/18

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**