## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br><br>                                 Debtor<br><br>MATTIE MAE FAULKNER,<br>                                 Plaintiff<br>       v.<br><br>M &T BANK,<br>                                 Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br>Adversary No. 17-00276-ELF |

### PRETRIAL ORDER  # 2

By consent of the parties, Pre-Trial Order # 1 is amended as follows:

1. f. **On or before APRIL 29, 2019**, the parties shall file a joint pretrial statement.  The joint pretrial statement shall be signed by all counsel.  *It is the obligation of the Plaintiff's counsel to initiate the procedures for its preparation and to assemble and submit the proposed pretrial statement to the court.*  Plaintiff's counsel shall submit a proposed joint pretrial statement to Defendant's counsel not less than 7 days prior to the deadline for its submission.  Counsel are expected to make a diligent effort to prepare a proposed pretrial statement in which will be noted all of the issues on which the parties are in agreement and all of those issues on which they disagree.  The proposed pretrial statement shall govern the conduct of the trial and shall supersede all prior pleadings in the case.  Amendments will be allowed only in exceptional circumstances and to prevent manifest injustice.

3.  A mandatory final pretrial/settlement conference shall be held on **MAY 8, 2019, at 10:00 a.m., in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.**

**All other aspects of Pretrial Order #1 remain in full force and effect.**

Date:  4/15/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**