United States Bankruptcy Court
Eastern District of Pennsylvania

Faulkner,
    Plaintiff                                     Adv. Proc. No. 17-00276-elf

M&T BANK,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Apr 15, 2019
                                      Form ID: pdf900        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
```
ust          +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
              228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla          +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 16 2019 02:46:37      Frederic J. Baker,
              Office of United States Trustee,    833 Chestnut Street,    Suite 500,
              Philadelphia, PA 19107-4405
ust          +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Apr 16 2019 02:46:37      SHAKIMA L. DORTCH,
              U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
              Wilmington, DE 19801-3519
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 16 2019 02:46:37      United States Trustee,
              228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 16 2019 02:46:37      United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                             TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
```
          DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
          IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
           irwin@trauss.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Mattie Mae Faulkner,<br><br>　　　　　　　　　　Debtor<br><br>MATTIE MAE FAULKNER,<br>　　　　　　　　　　Plaintiff<br>　　v.<br><br>M &T BANK,<br>　　　　　　　　　　Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br>Adversary No. 17-00276-ELF |

**PRETRIAL ORDER # 2**

By consent of the parties, Pre-Trial Order # 1 is amended as follows:

1. f.   **On or before APRIL 29, 2019**, the parties shall file a joint pretrial statement. The joint pretrial statement shall be signed by all counsel. ***It is the obligation of the Plaintiff's counsel to initiate the procedures for its preparation and to assemble and submit the proposed pretrial statement to the court.*** Plaintiff's counsel shall submit a proposed joint pretrial statement to Defendant's counsel not less than 7 days prior to the deadline for its submission. Counsel are expected to make a diligent effort to prepare a proposed pretrial statement in which will be noted all of the issues on which the parties are in agreement and all of those issues on which they disagree. The proposed pretrial statement shall govern the conduct of the trial and shall supersede all prior pleadings in the case. Amendments will be allowed only in exceptional circumstances and to prevent manifest injustice.

3.  A mandatory final pretrial/settlement conference shall be held on **MAY 8, 2019, at 10:00 a.m., in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.**

**All other aspects of Pretrial Order #1 remain in full force and effect.**

Date:  4/15/19                                    _____
                                                                   **ERIC L. FRANK
                                                                   U.S. BANKRUPTCY JUDGE**