United States Bankruptcy Court
Eastern District of Pennsylvania

Faulkner,
    Plaintiff

Adv. Proc. No. 17-00276-elf

M&T BANK,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: May 08, 2019
                 Form ID: pdf900    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
```
ust         +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
              228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla         +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:46     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:23
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:37     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 09 2019 02:42:27     Frederic J. Baker,
              Office of United States Trustee,    833 Chestnut Street,    Suite 500,
              Philadelphia, PA 19107-4405
ust         +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV May 09 2019 02:42:27     SHAKIMA L. DORTCH,
              U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
              Wilmington, DE 19801-3519
ust         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 09 2019 02:42:27     United States Trustee,
              228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 09 2019 02:42:27     United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
dft          E-mail/Text: camanagement@mtb.com May 09 2019 02:42:15     M&T BANK,    P.O. Box 840,
              Buffalo, NY  14240-0840
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
               irwin@trauss.com
              KEVIN G. MCDONALD    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     **MATTIE MAE FAULKNER,** | : | |
|         Debtor | : | Bky. No.  17-10660 ELF |
| | : | |
| **MATTIE MAE FAULKNER,** | : | |
|         Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Adv. No.   17-00276 |
| **M & T BANK,** | : | |
|         Defendant | : | |
| | : | |

# O R D E R

**AND NOW,** the parties having reported that the above adversary proceeding has been settled;

**AND**, whereas Local Bankruptcy Rule 7041-1(b) requires that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days;

It is therefore, **ORDERED** that any necessary Motion or Stipulation shall be filed with this court **on or before *June 7, 2019***, or this adversary proceeding **may be dismissed without further notice or hearing.**

**Date: May 8, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**