# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Mattie Mae Faulkner,<br><br>                            Debtor<br><br>MATTIE MAE FAULKNER,<br>                            Plaintiff<br>     v.<br><br>M &T BANK,<br>                            Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br>Adversary No. 17-00276-ELF |

## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES

The parties to the above captioned action, by their undersigned attorneys, stipulate and agree to extend the time for Plaintiff to file her motion for attorney fees for two weeks, until July 8, 2019.

The extension is intended to provide additional time for Defendant to formulate a response to Plaintiff's Demand for Fees, without incurring additional fees related to the filing of the motion.  It was also necessitated by Plaintiff's attorney having been out of town to attend a funeral.

| | |
|---|---|
| Kevin G. McDonald<br><br>Kevin G. McDonald, Esquire<br>**KML Law Group, P.C.**<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532<br>(215) 627-1322 FAX (215) 627-7734<br>*Counsel for Defendant* | /s/Irwin Trauss<br>Irwin Trauss, Esquire<br>**Philadelphia Legal Assistance**<br>718 Arch Street, Suite 300N<br>Philadelphia, PA 19103<br>(215) 981-3811 FAX (215) 981-38<br>*Counsel for Plaintiff* |

Approved:
**Date:  June    , 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

1