United States Bankruptcy Court
Eastern District of Pennsylvania

Faulkner,
    Plaintiff

Adv. Proc. No. 17-00276-elf

M&T BANK,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jun 26, 2019
                   Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
```
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla            +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 27 2019 03:00:18      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 02:59:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2019 03:00:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 27 2019 03:00:03      Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 27 2019 03:00:03      SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 27 2019 03:00:03      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 27 2019 03:00:03      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
dft             E-mail/Text: camanagement@mtb.com Jun 27 2019 02:59:45      M&T BANK,    P.O. Box 840,
                 Buffalo, NY  14240-0840
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
               irwin@trauss.com
              KEVIN G. MCDONALD    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br><br>                    Debtor<br><br>MATTIE MAE FAULKNER,<br>                    Plaintiff<br>    v.<br><br>M &T BANK,<br>                    Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br>Adversary No. 17-00276-ELF |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEY FEES**

The parties to the above captioned action, by their undersigned attorneys, stipulate and agree to extend the time for Plaintiff to file her motion for attorney fees for two weeks, until July 8, 2019.

The extension is intended to provide additional time for Defendant to formulate a response to Plaintiff's Demand for Fees, without incurring additional fees related to the filing of the motion.  It was also necessitated by Plaintiff's attorney having been out of town to attend a funeral.

Kevin G. McDonald

Kevin G. McDonald, Esquire
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
*Counsel for Defendant*

/s/Irwin Trauss
Irwin Trauss, Esquire
**Philadelphia Legal Assistance**
718 Arch Street, Suite 300N
Philadelphia, PA 19103
(215) 981-3811 FAX (215) 981-38
*Counsel for Plaintiff*

# O R D E R

The foregoing Stipulation is **APPROVED**.

Date:  6/26/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**