## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Mattie Mae Faulkner        :        CHAPTER 13

Debtor        :        Bankruptcy No. 17-10660-ELF

       :

MATTIE MAE FAULKNER
              Plaintiff        :
       v.        Adversary No. 17-00276-ELF

       :

M &T BANK        :        Motion for Attorney Fees
           Defendant

       :

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**Hearing:**      **August 13, 2019
1:00 PM
Courtroom # 1
900 Market Street
Philadelphia, PA 19107**

Debtor and Plaintiff Mattie Faulkner has filed a Motion to for Attorney Fees with the court to seeking attorney fees in connection with the above captioned adversary action.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 24, 2019 you or your attorney must do all of the following:

(a)    file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough

so that it will be received on or before the date stated above; and

(b)   mail a copy to the movant's attorney:

Irwin L. Trauss, Esquire
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA 19106
Phone: 215-981-3811
Fax: 215-981-3870

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b)

above and attend the hearing, the court may enter an order granting the relief requested in the

motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank

on August 13, 2019 at 1:00 PM in Courtroom # 1, United States Bankruptcy Court, 900 Market

Street, Philadelphia, PA 19107.   Unless the court orders otherwise, the hearing on this contested

matter will be an evidentiary hearing at which witnesses may testify with respect to disputed

material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you

if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether

the hearing has been canceled because no one filed an answer.

6.    You are required to file documents electronically by Local Bankruptcy Rule 5005-1,

because of this, you must file your response electronically.

7.    Your response if filed electronically will be served upon Plaintiff through the electronic filing system.


Date:   July 8, 2019