# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mattie Mae Faulkner aka Mattie Mae Washington, aka Mattie M Faulkner, aka Mattie Faulkner<br>　　　　　　　Debtor | CHAPTER 13  NO. 17-10660 ELF<br><br>ADVERSARY NO.   17-00276 ELF |
| Mattie Mae Faulkner<br>　　　　　　　Plaintiff<br>　　vs.<br>M & T Bank　　　Defendant | |

## ORDER

Upon consideration of Movant's Motion requesting extension of time to file an Answer to Plaintiff's Motion for Attorneys' Fees and Costs, it is hereby

**ORDERED** that:

1. Any Amended Motion or amendments to the pending Motion shall be filed **on or before August 2, 2019**.

2. If the Plaintiff does not make a further filing, the response to the Motion shall be filed **on or before August 7, 2019**.

3. If the Plaintiff files an Amended Motion or amendments to the Motion, the response shall be filed **on or before August 16, 2019**.

Dated:  7/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**