United States Bankruptcy Court
Eastern District of Pennsylvania

Faulkner,
    Plaintiff

Adv. Proc. No. 17-00276-elf

M&T BANK,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 26, 2019
                    Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.
ust        +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
ust        +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
                Philadelphia, PA 19106-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 27 2019 02:36:47      Frederic J. Baker,
                Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                Philadelphia, PA 19107-4405
ust        +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jul 27 2019 02:36:47      SHAKIMA L. DORTCH,
                U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                Wilmington, DE 19801-3519
ust        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 27 2019 02:36:48      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
                                                                                                     TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:
           DENISE ELIZABETH CARLON    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
           IRWIN LEE TRAUSS    on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
            irwin@trauss.com
           KEVIN G. MCDONALD    on behalf of Defendant    M&T BANK bkgroup@kmllawgroup.com
           KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
           THOMAS I. PULEO    on behalf of Defendant    M&T BANK tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
                                                                                                                               TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mattie Mae Faulkner aka Mattie Mae Washington, aka Mattie M Faulkner, aka Mattie Faulkner<br><br>          Debtor | CHAPTER 13  NO. 17-10660 ELF<br><br>ADVERSARY NO.  17-00276 ELF |
| Mattie Mae Faulkner<br>          Plaintiff<br>  vs.<br><br>M & T Bank     Defendant | |

**ORDER**

Upon consideration of Movant's Motion requesting extension of time to file an Answer to Plaintiff's Motion for Attorneys' Fees and Costs, it is hereby

**ORDERED** that:

1. Any Amended Motion or amendments to the pending Motion shall be filed **on or before August 2, 2019**.

2. If the Plaintiff does not make a further filing, the response to the Motion shall be filed **on or before August 7, 2019**.

3. If the Plaintiff files an Amended Motion or amendments to the Motion, the response shall be filed **on or before August 16, 2019**.

Dated:  7/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**