# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br><br>                      Debtor<br><br>MATTIE MAE FAULKNER,<br>                      Plaintiff<br>   v.<br><br>M &T BANK,<br>                      Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br><br><br>Adversary No. 17-00276-ELF |

## **ORDER**

AND NOW, this        day of                  , 2019, upon consideration of the Plaintiff's Amended Motion Attorneys' Fees and Costs it is hereby ORDERED and DECREED as follows:

1.    The Motion is granted.

2.    Judgment is awarded in favor of Plaintiff Mattie Mae Faulkner and against M&T Bank for attorneys' fees in the amount of $56,160.00.

<br>

                                                             Eric L. Frank, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Mattie Mae Faulkner,<br><br>                                Debtor<br><br>MATTIE MAE FAULKNER,<br>                                Plaintiff<br>     v.<br><br>M &T BANK,<br>                                Defendant | CHAPTER 13<br><br>Bankruptcy No. 17-10660-ELF<br><br><br><br>Adversary No. 17-00276-ELF |

**PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Mattie Faulkner, by undersigned counsel, pursuant to the stipulation of the parties, moves this court for an award of attorney's fees and costs against Defendant M&T Bank.

1. In support of this amended motion Plaintiff's counsel will be separately filing the *Declaration of Irwin Trauss, Esquire in Support of Plaintiff's Amended Motion for Attorneys fees and Costs* as well as the supporting exhibits attached thereto.

*2.* These exhibits contain the verified records of time incurred by Plaintiff's counsel in connection with the successful prosecution of the claims against Defendant under *inter alia* the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. §201-9.2; Pennsylvania Act 6 of 1974 as amended, 41 P.S. §§503 and 504; and the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§1392k and 1393m that resulted in a settlement favorable to Plaintiff.

3. As the result of the litigation, Defendant's proof of clam was reduced by over $100,000.00.

4.	Plaintiff requests an award of counsel fees in the amount $56,160.00.

WHEREFORE, plaintiff requests that this Amended Motion be granted, and the attorneys' fees as supported by the Declaration and the exhibits attached thereto be awarded against Defendant M&T Bank.

Respectfully submitted,

Date: August 1, 2019

s/Irwin Trauss
Irwin Trauss, Esq.
PA Identification No. 23782
PHILADELPHIA LEGAL ASSISTANCE
Attorney for Plaintiff
718 Arch Street, Suite 300 N
Philadelphia, PA 19106
(215) 981-3811
itrauss@philalegal.org