## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: Mattie Mae Faulkner | : | CHAPTER 13 | |
| Debtor | : | BANKRUPTCY NO.17-10660-elf | |
| Mattie Mae Faulkner | | | |
| Plaintiff | : | Adv. # 17-00276 elf | |
| v. | | | |
| M&T Bank | : | | |
| | : | | |
| Defendant | : | | |

### CERTIFICATION OF SERVICE

I hereby certify that a copy of Plaintiff's Amended Motion for Attorney Fees and the Declaration of Irwin Trauss in Support of Plaintiff's Amended Motion and the accompanying exhibits were served electronically through the courts ECF system, upon Defendant's counsel, Kevin McDonald on the date entered below. In addition on the same date a copy of the documents were emailed to Kevin McDonald, Esquire addressed to kmcdonald@kmllawgroup.com.

Date: August 1, 2019

/s/ Irwin Trauss
IRWIN TRAUSS
Attorney for Debtor
Philadelphia Legal Assistance
718 Arch Street, Ste. 300N
Philadelphia, PA l9l06