IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Mattie Mae Faulkner aka Mattie Mae Washington, aka Mattie M Faulkner, aka Mattie Faulkner<br>        Debtor | Bankruptcy Number 17-10660<br><br>CHAPTER 13 |
| Mattie Mae Faulkner<br>        Plaintiff<br>vs.<br>M&T Bank<br>        Defendant | 17-00276<br>Adv. No.. ~~17-10660~~ ELF |

**STIPULATION OF SETTLEMENT OF PLAINTIFF'S CLAIM FOR ATTORNEY FEES**

1. The parties have agreed to amicably resolve Plaintiff's motion for attorney fees.

2. Defendant has agreed to pay Plaintiff's attorney a sum based on the hourly rates set forth in the motion, but for a reduced number of hours for a total sum which the parties have agreed to keep confidential. This agreement is memorialized in a confidential written agreement.

3. Defendant agrees to pay to Plaintiff's attorney the sum agreed upon and the parties have thus agreed to file this Stipulation providing for Plaintiff's motion for fees to be marked settled discontinued and ended.

4. This stipulation of settlement shall bind M&T and its agents, affiliates, successors and assigns as well as Plaintiff and her agents, successors and assigns,

    Intending to be bound thereby, the parties to the above referenced action, by their respective duly authorized attorneys, set their signatures below:

| | |
|---|---|
| _/s/ Irwin Trauss_ 1/7/2020<br>Irwin Trauss, Esquire<br>Philadelphia Legal Assistance<br>718 Arch Street, Suite 300N<br>Philadelphia, PA 19106<br>215 981 3811<br>itrauss@philalegal.org<br>Attorney or Plaintiff | _/s/ Kevin McDonald_ 1/7/20<br>Kevin McDonald, Esquire<br>KML Law Group P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215 825 6311<br>kmcdonald@kmllawgroup.com<br>Attorney for Defendant |

Approved by the Court this _____ day of _____, 2019.

_____
Bankruptcy Judge
Eric L. Frank