```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
Faulkner,
         Plaintiff                                         Adv. Proc. No. 17-00276-elf

M&T BANK,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore           Page 1 of 1           Date Rcvd: Jan 13, 2020
                             Form ID: pdf900           Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
pla            +Mattie Mae Faulkner,    5432 N. Fairhill Street,    Philadelphia, PA 19120-2711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 14 2020 09:29:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2020 09:28:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2020 09:29:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 14 2020 09:28:56     Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,   Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jan 14 2020 09:28:56     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,   Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 14 2020 09:28:56     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 14 2020 09:28:56     United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
dft             E-mail/Text: camanagement@mtb.com Jan 14 2020 09:28:37     M&T BANK,   P.O. Box 840,
                 Buffalo, NY 14240-0840
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
             DENISE ELIZABETH CARLON   on behalf of Defendant   M&T BANK bkgroup@kmllawgroup.com
             IRWIN LEE TRAUSS   on behalf of Plaintiff Mattie Mae Faulkner itrauss@philalegal.org,
              irwin@trauss.com
             KEVIN G. MCDONALD   on behalf of Defendant   M&T BANK bkgroup@kmllawgroup.com
             KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
             THOMAS I. PULEO   on behalf of Defendant   M&T BANK tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Mattie Mae Faulkner aka Mattie Mae Washington, aka Mattie M Faulkner, aka Mattie Faulkner <br>         Debtor | Bankruptcy Number 17-10660 <br><br> CHAPTER 13 |
| Mattie Mae Faulkner <br>         Plaintiff <br><br> vs. <br><br> M&T Bank <br>         Defendant | 17-00276 <br> Adv. No.: ~~17-10660~~ ELF |

**STIPULATION OF SETTLEMENT OF PLAINTIFF'S CLAIM FOR ATTORNEY FEES**

1. The parties have agreed to amicably resolve Plaintiff's motion for attorney fees.

2. Defendant has agreed to pay Plaintiff's attorney a sum based on the hourly rates set forth in the motion, but for a reduced number of hours for a total sum which the parties have agreed to keep confidential. This agreement is memorialized in a confidential written agreement.

3. Defendant agrees to pay to Plaintiff's attorney the sum agreed upon and the parties have thus agreed to file this Stipulation providing for Plaintiff's motion for fees to be marked settled discontinued and ended.

4. This stipulation of settlement shall bind M&T and its agents, affiliates, successors and assigns as well as Plaintiff and her agents, successors and assigns,

Intending to be bound thereby, the parties to the above referenced action, by their respective duly authorized attorneys, set their signatures below:

| | |
|---|---|
| _/s/ Irwin Trauss_ 1/7/2020 <br> Irwin Trauss, Esquire <br> Philadelphia Legal Assistance <br> 718 Arch Street, Suite 300N <br> Philadelphia, PA 19106 <br> 215 981 3811 <br> itrauss@philalegal.org <br> Attorney or Plaintiff | _/s/ Kevin McDonald_ 1/7/20 <br> Kevin McDonald, Esquire <br> KML Law Group P.C. <br> 701 Market Street, Suite 5000 <br> Philadelphia, PA 19106 <br> 215 825 6311 <br> kmcdonald@kmllawgroup.com <br> Attorney for Defendant |

## ORDER

Approved by the Court this __10th__ day of ___January 2020.___ XXXXX

_____
Bankruptcy Judge
Eric L. Frank